Generated: Apr 17, 2024 2:56PM                                                                                                Page 1/1

# U.S. District Court

## California Southern - San Diego

Receipt Date: Apr 17, 2024 2:56PM

Thane Charman
2270 Boundary St
San Diego, CA 92104

Rcpt. No: 152839                    Trans. Date: Apr 17, 2024 2:56PM                    Cashier ID: #VM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #155 | 04/17/2024 | | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: 24-CV-0695-BAS-MMP

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.