THANE CHARMAN
2270 Boundary Street
San Diego, CA 92104
Tel: 800.673.4384
Email: obey.tcpa@gmail.com

Plaintiff *Pro Se*

BUCHALTER
A Professional Corporation
ARTIN BETPERA (SBN 244477)
ADELINE TUNGATE (SBN 333577)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com
atungate@buchalter.com

Attorneys for Defendant
CALIFORNIA CHECK CASHING STORES, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

THANE CHARMAN, an individual,

Plaintiff,

vs.

CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a Delaware limited liability company, *Erroneously Sued As* CALIFORNIA CHECK CASHING STORES, LLC., dba Speedy Cash, a California limited liability company; and DOES 1 through 10, inclusive, and Each Of Them,

Defendant.

Case No. 24CV0695 BAS MMP

**JOINT MOTION AND STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Judge: Hon. Cynthia Bashant

BUCHALTER
A Professional Corporation
Los Angeles

1

JOINT MOTION AND STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT
Case No. 24CV0695 BAS MMP

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rules 7.2 and 12.1, Plaintiff Thane Charman ("Plaintiff") and Defendant California Check Cashing Stores, LLC, dba Speedy Cash ("Defendant") stipulate to a 30 day extension of Defendant's responsive pleading deadline. The parties submit that good cause exists to grant the requested extension, as follows:

**WHEREAS,** Defendant's current responsive pleading deadline is May 22, 2024.

**WHEREAS,** Defendant's counsel was very recently engaged to represent Defendant, is in the process of investigating the claims made in Plaintiff's Complaint, and requires additional time to assess Plaintiff's claims, and Defendant's responsive pleading options;

**WHERAS,** the parties also seek to use the additional time requested to explore an early resolution of this matter;

**WHEREAS**, there has been no prior requests to extend Defendant's responsive pleading deadline, and this request is not being made for any improper purpose, including for the purpose of delay;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, that Defendant's responsive pleading deadline is to be extended from May 22, 2024 to June 21, 2024.

Respectfully submitted,

DATED: May 22, 2024

THANE CHARMAN

By: *_/s/ Thane Charman_*
Thane Charman
Plaintiff *Pro Se*

2

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

JOINT MOTION AND STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT
Case No. 24CV0695 BAS MMP

DATED: May 22, 2024

BUCHALTER
A Professional Corporation

By: __*/s/ Artin Betpera*____________________
Artin Betpera
Attorneys for Defendant
CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, *Erroneously Sued As* CALIFORNIA CHECK CASHING STORES, LLC., dba Speedy Cash

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

3

JOINT MOTION AND STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Case No. 24CV0695 BAS MMP

**ATTESTATION OF E-FILED SIGNATURES**

I, Artin Betpera, am the ECF User whose ID and password are being used to file this Joint Motion and Stipulation To Extend the Time for Defendant to File A Responsive Pleading to Plaintiff's Complaint and Proposed Order.

In compliance with Southern District of California Electronic Case Filing Administrative Policies and Procedures Section 2(f)(4), I attest that Plaintiff *Pro Se* Thane Charman concurred in this filing.

*/s/ Artin Betpera*
ARTIN BETPERA

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

4

JOINT MOTION AND STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Case No. 24CV0695 BAS MMP