# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA CHECK CASHING STORES, LLC, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 24-cv-0695-BAS-MMP<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND**<br>(ECF No. 3) |

　　Pending before the Court is the parties' Joint Motion to extend time for Defendant California Check Cashing Stores, LLC to respond to Plaintiff Thane Charman's complaint. (ECF No. 3.) The parties represent that they have agreed to a thirty-day extension. (*Id.*) Finding good cause, the Court **GRANTS** the parties' Joint Motion. Defendant shall have leave to respond on or before June 21, 2024.

　　**IT IS SO ORDERED.**

**DATED:** May 23, 2024

Hon. Cynthia Bashant
United States District Judge

- 1 -

24cv0695