| | |
|---|---|
| 1 | THANE CHARMAN |
| 2 | 2270 Boundary Street<br>San Diego, CA 92104<br>Tel: 800.673.4384 |
| 3 | Email: obey.tcpa@gmail.com |
| 4 | Plaintiff *Pro Se* |
| 5 | BUCHALTER |
| 6 | A Professional Corporation<br>ARTIN BETPERA (SBN: 244477) |
| 7 | ADELINE TUNGATE (SBN: 333577)<br>18400 Von Karman Avenue, Suite 800 |
| 8 | Irvine, CA 92612-0514<br>Telephone: 949.760.1121 |
| 9 | Fax: 949.720.0182<br>Email: abetpera@buchalter.com |
| 10 | atungate@buchalter.com |
| 11 | Attorneys for Defendant |
| 12 | CALIFORNIA CHECK CASHING STORES, LLC |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THANE CHARMAN, an individual, | Case No. 24-cv-0695-BAS-MMP |
| Plaintiff, | **JOINT MOTION AND STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a Delaware limited liability company, Erroneously Sued As CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a California limited liability company, and DOES 1 through 10, inclusive, and Each Of Them, | Judge: Hon. Cynthia Bashant |
| Defendant. | |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

**Joint Motion and Stipulation to Extend the Time for Defendant to File a Responsive Pleading to Plaintiff's**

Case No. 24CV0695 BAS MMP

BN 83128940v1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rules 7.2 and 12.1, Plaintiff Thane Charman ("Plaintiff") and Defendant California Check Cashing Stores, LLC, dba Speedy Cash ("Defendant") stipulate to a second 30 day extension of Defendant's responsive pleading deadline. The parties submit that good cause exists to grant the requested extension, as follows:

**WHEREAS**, on April 17, 2024, Plaintiff filed his complaint against Defendant alleging that Defendant sent him text messages in violation of the Telephone Consumer Protection Act;

**WHEREAS,** on May 23, 2024, the Court granted the parties' initial joint request to extend Defendant's current responsive pleading deadline to June 21, 2024 (Dkt. 4);

**WHEREAS,** since that time, the parties have been engaged in a cooperative attempt to reach an early resolution of this case, including through an informal exchange of information bearing on the merits of Plaintiff's claims;

**WHEREAS**, the parties seek one final 30 day extension of Defendant's responsive pleading deadlines to conclude the aforementioned efforts, which are intended in good faith to attempt to reach an early resolution of this action;

**WHEREAS**, the Court has granted one prior extension of Defendant's responsive pleading deadline (Dkt. 30), this request is not being made for any improper purpose, including the purpose of delay, and only for the purpose of allowing the parties some additional time to conclude their efforts to reach an early resolution of this action;

**WHEREAS**, absent extraordinary circumstances, this will be the final extension of Defendant's responsive pleading deadline requested by the parties.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties, that Defendant's responsive pleading deadline is to be extended from June 21, 2024 to July 22, 2024.

2

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

Joint Motion and Stipulation to Extend the Time for Defendant to File a Responsive Pleading to Plaintiff's

Case No. 24CV0695 BAS MMP

BN 83128940v1

| | |
|---|---|
| 1  DATED: June 14, 2024 | BUCHALTER<br>A Professional Corporation |
| 2 | |
| 3 | |
| 4 | By: /s/ Artin Betpera<br>ARTIN BETPERA |
| 5 | ADELINE TUNGATE<br>Attorneys for Defendant |
| 6 | CALIFORNIA CHECK CASHING STORES,<br>LLC, dba Speedy Cash, Erroneously Sued As |
| 7 | CALIFORNIA CHECK CASHING STORES,<br>LLC, dba Speedy Cash |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

3

**Joint Motion and Stipulation to Extend the Time for Defendant to File a Responsive Pleading to Plaintiff's**
BN 83128940v1

Case No. 24CV0695 BAS MMP

**ATTESTATION OF E-FILED SIGNATURES**

I, Artin Betpera, am the ECF User whose ID and password are being used to file this Joint Motion and Stipulation to Extend the Time for Defendant to File a Responsive Pleading to Plaintiff's Complaint and Proposed Order.

In compliance with Southern District of California Electronic Case Filing Administrative Policies and Procedures Section 2(f)(4), I attest that Plaintiff Pro Se Thane Charman concurred with this filing.

*/s/ Artin Betpera*
ARTIN BETPERA

4

Buchalter
A Professional Corporation
Irvine

Joint Motion and Stipulation to Extend the Time for Defendant to File a Responsive Pleading to Plaintiff's

Case No. 24CV0695 BAS MMP

BN 83128940v1