BUCHALTER
A Professional Corporation
ARTIN BETPERA (SBN: 244477)
ADELINE TUNGATE (SBN: 333577)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com
   atungate@buchalter.com

Attorneys for Defendant
CALIFORNIA CHECK CASHING STORES, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a Delaware limited liability company, Erroneously Sued As CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a California limited liability company, and DOES 1 through 10, inclusive, and Each Of Them,<br><br>          Defendant. | Case No. 24-cv-0695-BAS-MMP<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Judge: Hon. Cynthia Bashant<br><br>Date: August 26, 2024<br>Courtroom: 12B<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on August 26, 2024, Defendant California Check Cashing Stores, LLC will, and hereby does move to dismiss Plaintiff Thane Charman's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Defendant moves to dismiss Plaintiff's Complaint on the basis that Plaintiff has failed to plausibly plead any cause of action against Defendant. This motion will be based upon this notice, the accompanying memorandum, and any other matters which the Court may properly consider at the hearing of this motion.

DATED: July 22, 2024

BUCHALTER
A Professional Corporation

By: */s/ Artin Betpera*
ARTIN BETPERA
ADELINE TUNGATE
Attorneys for Defendant
CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

2

Case No. 24CV0695 BAS MMP

BN 83704819v1

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July 2024, I caused to be served a copy of the foregoing **NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** on the following person(s) in the manner indicated below at the following address(es):

Thane Charman
2270 Boundary Street
San Diego, CA 92104
Email: obey.tcpa@gmail.com
Via U.S. mail and email

                                                BUCHALTER
                                                A Professional Corporation

                                      By:  */s/ Artin Betpera*
                                                   ARTIN BETPERA
                                                   ADELINE TUNGATE
                                                   Attorneys for Defendant
                                                   CALIFORNIA CHECK CASHING
                                                   STORES, LLC, dba Speedy Cash