# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA CHECK CASHING STORES, LLC, *et al.*,<br><br>            Defendants. | Case No. 24-cv-0695-BAS-MMP<br><br>**ORDER GRANTING LEAVE TO FILE ELECTRONICALLY**<br>**(ECF No. 8)** |

Pending before the Court is Plaintiff Thane Charman's ex parte motion for leave to file electronically using the CM/ECF filing system. (ECF No. 8.) Plaintiff has sufficiently stated he has access to the necessary equipment and software capabilities to electronically file documents. Therefore, the Court **GRANTS** Plaintiff's motion for leave to file electronically. Plaintiff must register as a user with the Clerk's Office and as a subscriber to PACER **within ten days of this Order**.

**IT IS SO ORDERED.**

**DATED: July 31, 2024**

Hon. Cynthia Bashant
United States District Judge

- 1 -

24cv0695