Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone:  800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>California Check Cashing Stores, LLC ., dba Speedy Cash An California Limited Liability Company ; Does 1 Through 10, Inclusive, And Each Of Them<br><br>Defendants, | Civil Case No.: 3:24-cv-00695-BAS-MMP<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff THANE CHARMAN ("Plaintiff") hereby respectfully submit this Motion to Extend Time to Respond to Motion to Dismiss.

**The Original Date of Deadline**:  The original and current date of the deadline is August 5, 2024.

MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

**Relevant Factual and Procedural Background**:

On April 18, 2024, Plaintiff filed his Complaint in the United States District Court for the Southern District of California. (ECF No. 1.). On May 22, 2024, Defendants filed a unopposed Motion for Extension of Extension of time to file Answer. (ECF No. 3.).  On May 22, 2024, Defendants filed a second unopposed Motion for Extension of Extension of time to file Answer. (ECF No. 5.)  On July 22, 2024, Defendants filed a Motion to Dismiss for Failure to State a Claim (ECF No. 7.)

**The Number of Previous Requests for continuance:**  Plaintiff has not made any prior request to continue the deadline to respond to Motion to Dismiss.

**A Showing of Good Cause for the Request**:  The Parties Thane Charman and California Check Cashing Stores, LLC agreed to a limited discovery.  Parties are waiting on response to a subpoena to Name Cheap llc identifying the John Doe who controls the website [www.citywideloans.com](www.citywideloans.com).  Once the John Doe is reveled Plaintiff will be able to more accurately respond to Defendant California Check Cashing Stores, LLC's Motion to Dismiss.

Plaintiff awaited to file Motion to deadline date in order to allow Plaintiff to answer if opposed or unopposed to Motion.  On July 31, 2024 Ordered that Plaintiff be allowed to file electronically. (ECF No. 9.) However the Pacer System was not configured to allow Plaintiff to file electronically by close of business on August 5, 2024.

MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

After speaking the with Pacer technicians Plaintiff was able to upload to Pacer August 6, 2024

**Whether the Request is Opposed and Why:** On July 29, 2024 Plaintiff requested that they be allowed to file an unopposed motion to extend time to respond to motion to dismiss.  Plaintiff has not received answer to the request.

**Whether the Requested Continuance Will Affect Other Case Management Deadlines**:  This request will not affect any other case management deadlines.

**Conclusion:**

As good cause exists to extend the time to respond to Defendant California Check Cashing Stores, LLC's Motion to Dismiss. Defendant hereby request an Order continuing the response motion to dismiss deadline to September 6, 2024.

Dated: August 6, 2024                                  Plaintiff

By: /S/ *Thane Charman*

Thane Charman Pro Se

MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

1

2

3

4

5

6

7

8

9

10

11

12   CERTIFICATE OF SERVICE

13

14   I hereby certify that on August 6, 2024, I caused a true copy of the foregoing, motion to

15   extend time to respond to motion to dismiss to be served via electronic mail to all

16

17   attorneys of record.

18

19   Date: August 6, 2024                              Plaintiff

20

21

22                                                 By: /S/ *Thane Charman*

23                                                 Thane Charman Pro Se

24

25

26

27

28   MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS