Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THANE CHARMAN, individual | Civil Case No.: 3:24-cv-00695-BAS-MMP |
|---|---|
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS** |
| California Check Cashing Stores, LLC ., dba Speedy Cash An California Limited Liability Company ; Does 1 Through 10, Inclusive, And Each Of Them | Complaint Filed: 04/17/2024<br>Trial Date:     Not set |
| Defendants, | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTIO TO DISMISS

Plaintiff THANE CHARMAN ("Plaintiff") and Defendant California Check Cashing Stores, LLC hereby respectfully submit this Motion to Extend Time to Respond to Motion to Dismiss.

**The Original Date of Deadline**: The original was August 5, 2024. The current deadline is September 6, 2024.

**Relevant Factual and Procedural Background**:

On April 18, 2024, Plaintiff filed his Complaint in the United States District Court for the Southern District of California. (ECF No. 1.). On May 22, 2024, Defendants filed an unopposed Motion for Extension of Extension of time to file Answer. (ECF No. 3.). On May 22, 2024, Defendants filed a second unopposed Motion for Extension of Extension of time to file Answer. (ECF No. 5.) On July 22, 2024, Defendants filed a Motion to Dismiss for Failure to State a Claim (ECF No. 7.) On July 8, 2024 Plaintiff filed a Motion to extend time to respond to motion to dismiss.

**Legal Arguments:** Pursuant to local rule 12.1, Extensions of time for answering, or moving to dismiss a complaint will only be secured by obtaining the approval of a judicial officer, who will base the decision on a showing of good cause.

**The Number of Previous Requests for continuance:** Plaintiff has made one prior request to continue the deadline to respond to Motion to Dismiss. The date of the expiration of the last extension is September 6, 2024.

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTIO TO DISMISS

**A Showing of Good Cause for the Request**: The Parties Thane Charman and California Check Cashing Stores, LLC actively worked towards a settlement. However parties did not come to an agreement.

Also both parties agreed to a limited discovery. Parties had been waiting on response to a subpoena to Name Cheap llc identifying the John Doe who controls the website www.citywideloans.com. Name Cheap LLC has responded to the subpoena. The information provided now allows Plaintiff to more accurately respond to Defendant California Check Cashing Stores, LLC's Motion to Dismiss.

**Whether the Request is Opposed and Why:**. The parties have conferred and there is no opposition.

**Whether the Requested Continuance Will Affect Other Case Management Deadlines**: The Parties are requesting that the Court extend the deadline to respond to the motion to dismiss for a period of 9 days from September 6, 2024 to September 15, 2024. This request will not affect any other case management deadlines as here are no case management deadlines at this time.

**Conclusion:**

As good cause exists to extend the time to respond to Defendant California Check Cashing Stores, LLC's Motion to Dismiss. Defendant hereby request an Order continuing the response motion to dismiss deadline to September 15, 2024.

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTIO TO DISMISS

Dated: September 6, 2024                                         Plaintiff

By: /S/ *Thane Charman*
Thane Charman Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I caused a true copy of the foregoing, joint motion to extend time to respond to motion to dismiss to be served via electronic mail to all attorneys of record.

Date: August 5, 2024                                    Plaintiff


                                        By: /S/ *Thane Charman*
                                        Thane Charman Pro Se

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTIO TO DISMISS