# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA CHECK CASHING STORES, LLC, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 24-cv-0695-BAS-MMP<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND (ECF No. 11)** |

　　Before the Court is Plaintiff's Unopposed Motion to Extend Time to Respond to Motion to Dismiss. (ECF No. 11.) Plaintiff requests this extension to respond to Defendant's motion to dismiss for good cause—the parties actively worked towards a settlement agreement but were unable to reach a conclusion. (*Id.* at 3.) Accordingly, the Court **GRANTS** Plaintiff's request. (*Id.*) Plaintiff's response to Defendant's motion to dismiss is now due **no later than September 16, 2024**.

　　**IT IS SO ORDERED.**

**DATED: September 6, 2024**

Hon. Cynthia Bashant
United States District Judge

- 1 -

24cv0695