Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se


BUCHALTER
A Professional Corporation
ARTIN BETPERA (SBN: 244477)
ADELINE TUNGATE (SBN: 333577)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com
atungate@buchalter.com

Attorneys for Defendant
CALIFORNIA CHECK CASHING STORES, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>            Plaintiff,<br><br>v.<br><br>California Check Cashing Stores, LLC ., dba Speedy Cash An California Limited Liability Company ; Does 1 Through 10, Inclusive, And Each Of Them | Civil Case No.: 3:24-cv-00695-BAS-MMP<br><br>**JOINT NOTICE OF PENDING SETTLEMENT**<br><br>Complaint Filed: 04/17/2024<br>Trial Date:           Not set |

JOINT NOTICE OF PENDING SETTLEMENT

Defendants,

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff Thane Charman ("Plaintiff") and Defendant California Check Cashing Stores, LLC ("Defendant") jointly notify the Court that they have reached a general agreement on the terms of a settlement. The Parties anticipate signing a written settlement agreement shortly, and that a dismissal with prejudice of Defendant from this action will be filed within the next 30-45 days.

.

Dated: October 23, 2024            Plaintiff

By: /S/ *Thane Charman*
Thane Charman Pro Se

JOINT NOTICE OF PENDING SETTLEMENT

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | Dated: October 23, 2024 | By: */s/ Artin Betpera* |
|   |   | ARTIN BETPERA |
|   |   | ADELINE TUNGATE |
|   |   | Attorneys for Defendant |
|   |   | CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash |

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024 I caused a true copy of the foregoing, joint motion to extend time to respond to motion to dismiss to be served via electronic mail to all attorneys of record.

JOINT NOTICE OF PENDING SETTLEMENT

| | |
|---|---|
| Date: October 23, 2024 | Plaintiff |
| | By: /S/ *Thane Charman* |
| | Thane Charman Pro Se |

JOINT NOTICE OF PENDING SETTLEMENT