# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA CHECK CASHING STORES, LLC DBA SPEEDY CASH,<br><br>    Defendant. | Case No.: 24-cv-0695-BAS-MMP<br><br>**ORDER:**<br><br>1. **SETTING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE; AND**<br><br>2. **STAYING BRIEFING ON PENDING MOTION TO DISMISS**<br><br>[ECF No. 21.] |

On October 23, 2024, Plaintiff Thane Charman and Defendant California Check Cashing Stores, LLC , dba Speedy Cash (collectively, "the parties") filed a Joint Notice of Pending Settlement indicating they have reached an agreement to resolve the above-captioned matter. [ECF Nos. 19, 21.][1] The parties are in the process of finalizing a settlement agreement and anticipate filing a dismissal within forty-five (45) days. [*Id.*] Accordingly, for good cause, the Court **ORDERS** as follows:

---

[1] The notice was originally filed as ECF No. 19, which was subsequently withdrawn and then refiled as ECF No. 21. [ECF Nos. 19–21.] The Clerk is **DIRECTED** to withdraw ECF No. 19.

1. No later than **December 6, 2024**, the parties shall file a Joint Motion for Dismissal. On the same day the Joint Motion for Dismissal is filed, a proposed order for dismissal for shall be e-mailed to the chambers of the Honorable Cynthia Bashant.

2. The Court **SETS** a telephonic, counsel-only Settlement Disposition Conference ("SDC") on **December 11, 2024** at **9:15 a.m.** before Magistrate Judge Pettit. For purposes of the SDC, the parties shall jointly call Magistrate Judge Pettit's Chambers at 619-557-3404.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received by the deadline set above, the SDC will be vacated without further court order or action by the parties.

4. The Court **STAYS** the briefing on Defendant's pending Motion to Dismiss, ECF No. 17, while the parties effectuate the pending settlement.

**IT IS SO ORDERED**.

Dated: October 24, 2024

HON. MICHELLE M. PETTIT
United States Magistrate Judge