| | |
|---|---|
| 1<br>2<br>3 | THANE CHARMAN<br>2270 Boundary Street<br>San Diego, CA 92104<br>Tel: 800.673.4384<br>Email: obey.tcpa@gmail.com |
| 4 | Plaintiff *Pro Se* |
| 5<br>6 | Attorneys for Defendant<br>CALIFORNIA CHECK CASHING STORES, LLC |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a Delaware limited liability company, Erroneously Sued As CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a California limited liability company, and DOES 1 through 10, inclusive, and Each Of Them,<br><br>Defendant. | Case No. 24-cv-0695-BAS-MMP<br><br>**NOTICE OF DISMISSAL OF DEFENDANT CALIFORNIA CHECK CASHING STORES, LLC DBA SPEEDY CASH**<br><br>Judge: Hon. Cynthia Bashant |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Thane Charman hereby
2  provides notice that Defendant California Check Cashing Stores, LLC dba Speedy
3  Cash ("Speedy Cash") is hereby dismissed from this action with prejudice, with
4  Plaintiff and Speedy Cash to bear their own fees and costs.

DATED: October 25, 2024         By:   /S/*Thane Charman*
                                      Thane Charman

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I caused a true copy of the foregoing, Notice of Withdrawal of Document to be served via electronic mail to all attorneys of record.

Date: October 25, 2024

By: /S/ *Thane Charman*
Thane Charman Pro Se
Plaintiff

3

**Notice of Dismissal of Defendant California Check Cashing Stores, LLC dba Speedy Cash**  Case No. 24CV0695 BAS MMP