Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>California Check Cashing Stores, LLC ., dba Speedy Cash An California Limited Liability Company ; Does 1 Through 10, Inclusive, And Each Of Them<br><br>Defendants, | Civil Case No.: 3:24-cv-00695-BAS-MMP<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT** |
|---|---|

**NOTICE OF WITHDRAWAL OF DOCUMENT**

PLEASE TAKE NOTICE the Plaintiff Thane Charman hereby withdraw Document

NOTICE OF DISMISSAL OF DEFENDANT CALIFORNIA CHECK CASHING

STORES, LLC DBA SPEEDY CASH (ECF. No.23)

NOTICE OF WITHDRAWAL OF DOCUMENT

Dated: October 30, 2024                By: /S/ *Thane Charman*
                                           Thane Charman Pro Se
                                           Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, I caused a true copy of the foregoing, Notice of Withdrawal of Document to be served via electronic mail to all attorneys of record.

NOTICE OF WITHDRAWAL OF DOCUMENT

| | |
|---|---|
| 1 | |
| 2 | Date: October 30, 2024 |
| 3 | |
| 4 | |
| 5 | By: /S/ *Thane Charman* |
| 6 | Thane Charman Pro Se |
| 7 | Plaintiff |

NOTICE OF WITHDRAWAL OF DOCUMENT