1  THANE CHARMAN
2  2270 Boundary Street
   San Diego, CA 92104
3  Tel: 800.673.4384
   Email: obey.tcpa@gmail.com

4  Plaintiff *Pro Se*

5
   Attorneys for Defendant
6  CALIFORNIA CHECK CASHING STORES, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a Delaware limited liability company, Erroneously Sued As CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a California limited liability company, and DOES 1 through 10, inclusive, and Each Of Them,<br><br>Defendant. | Case No. 24-cv-0695-BAS-MMP<br><br>**JOINT NOTICE OF DISMISSAL OF DEFENDANT CALIFORNIA CHECK CASHING STORES, LLC DBA SPEEDY CASH**<br><br>Judge: Hon. Cynthia Bashant |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Thane Charman hereby provides notice that Defendant California Check Cashing Stores, LLC dba Speedy Cash ("Speedy Cash") is hereby dismissed from this action with prejudice, with Plaintiff and Speedy Cash to bear their own fees and costs.

DATED: October 25, 2024        By:   /S/*Thane Charman*
                                        Thane Charman

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, I caused a true copy of the foregoing, JOINT NOTICE OF DISMISSAL OF DEFENDANT CALIFORNIA CHECK CASHING STORES, LLC DBA SPEEDY CASH to be served via electronic mail to all attorneys of record.

Date: October 30, 2024

                                               By: /S/ *Thane Charman*
                                               Thane Charman Pro Se
                                               Plaintiff