# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                             Plaintiff,<br><br>  v.<br><br>CALIFORNIA CHECK CASHING STORES, LLC; LEADSMARKET.COM, LLC;<br><br>                            Defendants. | Case No. 24-cv-0695-BAS-MMP<br><br>**ORDER:**<br><br>1. **GRANTING MOTION TO DISMISS PARTY (ECF No. 25); AND**<br><br>2. **TERMINATING AS MOOT MOTION TO DISMISS (ECF No. 17)** |

      Presently before the Court is Plaintiff Thane Charman's Motion to Dismiss Defendant California Check Cashing Stores, LLC, doing business as Speedy Cash. (ECF No. 25.) Plaintiff seeks dismissal in light of a settlement. The Court **GRANTS** the request and **DISMISSES WITH PREJUDICE** California Check Cashing Stores, LLC. The parties shall bear their own respective fees and costs.

      Further, in light of the dismissal, the Court **TERMINATES AS MOOT** the Motion to Dismiss filed by California Check Cashing Stores, LLC. (ECF No. 17.) The case shall

remain open, as Plaintiff returned a waiver of service for Defendant Leadsmarket.com, LLC. (ECF No. 18.)

**IT IS SO ORDERED.**

**DATED: November 26, 2024**

Hon. Cynthia Bashant
United States District Judge