# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

THANE CHARMAN,

                                        Plaintiff,

        v.

CALIFORNIA CHECK CASHING STORES, LLC, *et al.*,

                                        Defendants.

Case No. 24-cv-00695-BAS-MMP

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND (ECF No. 27)**

Pending before the Court is Defendant Leadsmarket.com LLC's unopposed motion to extend by 30 days its time to respond to the First Amended Complaint (FAC, ECF No. 14) filed by Plaintiff Thane Charman.  (ECF No. 27.)  Defendant seeks additional time, citing the need to confer with counsel, investigate the underlying allegations, prepare an appropriate response, and potentially engage in discussions to resolve the matter without further litigation.

Finding good cause, the Court **GRANTS** Defendant's Motion.  Defendant shall have leave to respond to the FAC on or before **January 8, 2025**.

        **IT IS SO ORDERED.**

**DATED: December 9, 2024**



Hon. Cynthia Bashant
United States District Judge

- 1 -

24cv0695