Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THANE CHARMAN, individual | Civil Case No.: 3:24-cv-00695-BAS-MMP |
|---|---|
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| California Check Cashing Stores, LLC ., dba Speedy Cash An California Limited Liability Company, and LEADSMARKET.COM, LLC a Nevada Limited Liability Company, | |
| Defendants, | Judge: Hon. Cynthia Bashant |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

Plaintiff THANE CHARMAN ("Plaintiff") hereby respectfully submit this Motion to Extend Time to Respond Defendant LEADSMARKET.COM Motion to Dismiss (ECF No. 29)

**The Original Date of Deadline**: The original was January 23, 2025.

**Relevant Factual and Procedural Background**:

On September 16, 2024 Plaintiff filed his First Amended Complaint in the United States District Court for the Southern District of California. (ECF No. 14.) Naming LEADSMARKET.COM as a Defendant. On December 4, 2024 Defendant LEADSMARKET.COM filed an unopposed Motion for Extension of Extension of time to file Answer. (ECF No. 27.). On January 8, 2025 Defendants filed a Motion to Dismiss (ECF No. 29.).

**Legal Arguments:** Pursuant to local rule 12.1, Extensions of time for answering, or moving to dismiss a complaint will only be secured by obtaining the approval of a judicial officer, who will base the decision on a showing of good cause.

**The Number of Previous Requests for continuance:** Plaintiff has made no prior request to continue the deadline to respond to LEADSMARKET.COM Motion to Dismiss.

**A Showing of Good Cause for the Request**: Plaintiff Thane Charman contracted an Influenza virus on or around January 8, 2025. Plaintiff is only now not bedridden.

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

**Whether the Request is Opposed and Why:**. The parties have conferred and there is no opposition.

**Whether the Requested Continuance Will Affect Other Case Management Deadlines**: The Parties are requesting that the Court extend the deadline to respond to the Motion to Dismiss for a period of 14 days from January 23, 2025 to February 7, 2025. This request will not affect any other case management deadlines as here are no case management deadlines at this time.

**Conclusion:**

As good cause exists to extend the time to respond to Defendant LEADSMARKET.COM LLC's Motion to Dismiss. Defendant hereby request an Order continuing the response motion to dismiss deadline to February, 7 2025.

Dated: January 21, 2025                              Plaintiff


By: /S/ *Thane Charman*
Thane Charman Pro Se


UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025 I caused a true copy of the foregoing, unopposed motion to extend time to respond to motion to dismiss to be served via electronic mail to all attorneys of record.

Date: January 21, 2025                                    Plaintiff


                                        By: /S/ *Thane Charman*
                                        Thane Charman Pro Se


UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS