**MANATT, PHELPS & PHILLIPS, LLP**
CHRISTINE M. REILLY (CA Bar # 226388)
E-mail: CReilly@manatt.com
PATRICE RUANE (CA Bar # 347128)
E-mail: PRuane@Manatt.com
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

*Attorneys for Defendant
Leadsmarket.com LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual, | No. 3:24-cv-00695-BAS-MMP |
| *Plaintiff,* | **DEFENDANT LEADSMARKET.COM LLC'S NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO EXTEND REPLY AND HEARING DATES** |
| vs. | |
| CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a California Limited Liability Company, and LEADSMARKET.COM, LLC, a Nevada Limited Liability Company, | Judge: Hon. Cynthia A. Bashant
Current Date: February 17, 2025
Requested Date: February 24, 2025
Courtroom: 12B |
| *Defendants.* | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD (IF ANY):**

PLEASE TAKE NOTE THAT that, on January 23, 2025, Defendant Leadsmarket.com LLC, pursuant to and in accordance with Fed. R. Civ. P. 6(b), Civil Local Rule 12.1, and any standing orders of this Court, will and does hereby respectfully move this Court to extend the hearing date on Defendant's Motion to Dismiss (Dkt. 29) to February 24, 2025 (should this Court request oral argument), and Defendant's deadline to file its Reply Brief in support of its Motion to Dismiss Plaintiff's First Amended Complaint (filed by Plaintiff Thane Charman in the above-captioned matter, to and including February 14, 2025. This motion is **unopposed**. The grounds for this Motion are that there is "good cause" under applicable rules and law for granting the requested extension, as further set forth in the following incorporated Memorandum of Points and Authorities.

This Motion is based on this Notice of Motion and Motion, the following incorporated Memorandum of Points and Authorities, all documents and information properly subject to judicial notice, all other pleadings and papers filed in this Action, and any argument that may be presented to the Court.

## **INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Leadsmarket.com LLC ("Defendant") hereby respectfully moves this Court to extend Defendant's deadline to file its Reply Brief in support of its Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 29, the "Motion"), as well as the hearing date associated with the Motion (should this Court request oral argument), stating grounds as follows:

1. On January 8, 2025, Defendant filed its Motion and the accompanying Memorandum of Points and Authorities. Defendant noticed the hearing on the Motion for February 17, 2025, pursuant to Your Honor's Standing Order for Civil Cases, Rule B.

2. Pursuant to Southern District of California Local Civil Rule 7.1(e)(3), Defendant's current deadline to file its Reply in support of the Motion is therefore February 10, 2025.

3. On January 21, 2025, Plaintiff Thane Charman ("Plaintiff") filed a Motion to Extend Time to Respond to Defendant's Motion to Dismiss, requesting that this Court extend his deadline to file his reply to and including February 7, 2025. (Dkt. 30). Defendant did not and does not oppose Plaintiff's requested extension.

4. Plaintiff's request did not seek corresponding extensions to the hearing date or to the deadline for Defendant to file its Reply in support of the Motion.

5. On January 22, 2025, counsel for Defendant conferred with Plaintiff, who is appearing pro se, regarding this Motion prior to its filing, who indicated in writing that he has no objection to and does not oppose the requested extensions. This Motion is therefore unopposed.

6. Defendant therefore respectfully requests that this Court move the hearing to **February 24, 2025**, and set Defendant's deadline to file its reply for **February 14, 2025**.

7. Good cause exists to grant the requested extension. If Plaintiff's extension is granted without a corresponding change to the reply and hearing dates,

however, Defendant will have only four days, two of which are weekend days, to prepare its reply. Defendant and the undersigned counsel need adequate time to consider and respond to the arguments made in Plaintiff's Opposition to the Motion.

8. The foregoing request is not being made for the purpose of delay, and is made in good faith and for the purposes of efficiency and judicial and party economy. Since this matter is still in its early stages, there are no other parties to this matter impacted by this request, and Plaintiff does not oppose, the requested extension will not result in any prejudice to anyone or impact the timely resolution of this case.

9. Thus, "good cause" exists for granting this extension for at least the reasons above.

10. In seeking the foregoing extension, Defendant does not waive, and expressly reserves, any and all rights, objections, and defenses relating to the FAC and otherwise, including jurisdictional defenses, any arbitral rights, and the right to move to dismiss the FAC or to compel arbitration, if/when appropriate.

WHEREFORE, Defendant respectfully requests that the Court enter an order extending its deadline to file its Reply in support of its Motion to Dismiss (*see* Dkt. 29) to and including **February 14, 2025** and rescheduling the hearing date associated with the Motion to **February 24, 2025**, along with granting Defendant all other just and appropriate relief. Pursuant to the Court's Standing Order for Civil Cases, a proposed order will be submitted to chambers.

Respectfully submitted,

Dated: January 23, 2025     MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Patrice Ruane
Patrice Ruane
*Attorneys for Defendant*
*Leadsmarket.com LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served electronically on all parties of record and their counsel (if any) via the Court's CM/ECF filing system on January 23, 2025, upon filing of same.

By: /s/ Patrice Ruane
Patrice Ruane