Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>California Check Cashing Stores, LLC ., dba Speedy Cash An California Limited Liability Company, and LEADSMARKET.COM, LLC a Nevada Limited Liability Company,<br><br>Defendants, | Civil Case No.: 3:24-cv-00695-BAS-MMP<br><br>**DECLARATION OF THANE CHARMAN SUBJECT TO THE PENALTY OF PERJURY IN SUPPORT OF HIS RESPONSE TO LEADSMARET.COM LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT.**<br><br>Judge: Hon. Cynthia A. Bashant<br>Current Date: February 17,2025<br>Requested Date: February 24, 2025<br>Courtroom: 12B<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

**DECLARATION OF THANE CHARMAN SUBJECT TO THE PENALTY OF PERJURY IN SUPPORT OF HIS RESPONSE TO LEADSMARET.COM LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT.**

**DECLARATION OF THANE CHARMAN SUBJECT TO THE PENALTY OF PERJURY IN SUPPORT OF HIS RESPONSE TO LEADSMARET.COM LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT.**

I, Thane Charman, make the following declaration subject to the penalty of perjury.

**1.** My name is Thane Charman. I am the Plaintiff, Pro Se, in the above-numbered and styled lawsuit. I am fully competent to make this declaration, have personal knowledge of the following facts, and could testify to them if called upon to do so.

**2.** I have been the owner and regular user of the cellular telephone number 619-455-1235 ("1235 Number") since November 2019. The 1235 Number is a telephone number assigned to my cellular telephone service and has been since at least November 2019.

**3.** I registered the 1235 Number on the National Do Not Call Registry ("DNC Registry") in November 2019. The 1119 Number has remained on the DNC Registry since November 2019.

**4.** I registered the 1235 Number on the DNC Registry to gain solitude and not receive unwanted text messages and phone calls.

**5.** On or about July 22, 2024, I sent a subpoena to Namecheap.com requesting the ownership information of the website https://citywideloan.com.

**6.** On or about August 9, 2024 Namecheap.com responding to my subpoena by delivering a true and correct copy of the ownership documents for https://citywideloan.com.

**7.** Exhibit A of this declaration are a true and correct copy of the results returned

for the subpoena from Namecheap.com.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: February 5, 2025                                     Plaintiff


By: /S/ *Thane Charman*
Thane Charman Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2025 I caused a true copy of the foregoing, Declaration electronic mail to all attorneys of record.

Date: February 5, 2025                                     Plaintiff


By: /S/ *Thane Charman*
Thane Charman Pro Se

**DECLARATION OF THANE CHARMAN SUBJECT TO THE PENALTY OF PERJURY IN SUPPORT OF HIS RESPONSE TO LEADSMARET.COM LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT.**