**MANATT, PHELPS & PHILLIPS, LLP**
CHRISTINE M. REILLY (CA Bar # 226388)
E-mail: CReilly@manatt.com
PATRICE S. RUANE (CA Bar # 347128)
E-mail: PRuane@Manatt.com
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
Telephone:   310.312.4000
Facsimile:   310.312.4224

*Attorneys for Defendant*
*Leadsmarket.com LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>*Plaintiff,*<br><br>vs.<br><br>CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a California Limited Liability Company, and LEADSMARKET.COM, LLC, a Nevada Limited Liability Company,<br><br>*Defendants.* | No. 3:24-cv-00695-BAS-BJW<br><br>**DEFENDANT LEADSMARKET.COM LLC'S NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO EXTEND EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Brian J. White<br>Current Date: October 17, 2025<br>Requested Date: November 17, 2025<br>Courtroom: TBD |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD (IF ANY):**

PLEASE TAKE NOTE THAT that, on October 3, 2025, Defendant Leadsmarket.com LLC, pursuant to and in accordance with Fed. R. Civ. P. 6(b), Civil Local Rule 7.1(a), and any standing orders of this Court, will and does hereby respectfully move this Court to extend the Early Neutral Evaluation Conference and Case Management Conference currently scheduled for October 17, 2025 (*see* Dkts. 37, 41) **to November 17, 2025** or other date as convenient for this Court.

This motion is **unopposed**. The grounds for this Motion are that there is "good cause" under applicable rules and law for granting the requested extension, as further set forth in the following incorporated Memorandum of Points and Authorities.

This Motion is based on this Notice of Motion and Motion, the following incorporated Memorandum of Points and Authorities, all documents and information properly subject to judicial notice, all other pleadings and papers filed in this Action, and any argument that may be presented to the Court.

Case 3:24-cv-00695-BAS-BJW   Document 42   Filed 10/03/25   PageID.743   Page 3 of 6

## INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Leadsmarket.com LLC ("Defendant") hereby respectfully moves this Court to extend the Early Neutral Evaluation Conference and Case Management Conference currently scheduled for October 17, 2025 (*see* Dkt. 37, 41) **to November 17, 2025** or other date as convenient for this Court, stating grounds as follows:

1. On September 5, 2025, the Parties met and conferred telephonically pursuant to Fed. R. Civ. P. 26(f) and Magistrate Judge Pettit's Checklist for Rule 26(f) Conference (*see* Dkt. 37, ¶ 8(c)(i)).

2. In relevant part, the Parties discussed the importance of obtaining third-party discovery, including phone records from the carrier associated with the phone number at issue in this case.

3. In the intervening time, the Parties have actively engaged in discovery. Defendant has propounded discovery requests to Plaintiff and served subpoenas on the carrier associated with the phone number at issue in this case and the prior owner of the phone number. Responses to these third-party subpoenas are requested by October 7, 2025, and October 27, 2025, respectively.

4. Additionally, Defendant understands that Plaintiff intends to issue third-party subpoenas but has not yet done so.

5. The Early Neutral Evaluation Conference and Case Management Conference will be more productive after Defendant has the ability to review Plaintiff's discovery responses and after both Parties have the benefit of the responses to the third-party subpoenas to the carrier and the prior owner of the phone number, as well as responses to any third-party subpoenas Plaintiff may serve.

6. On October 2, 2025, counsel for Defendant telephonically conferred with Plaintiff, who is appearing pro se, regarding this Motion. Plaintiff indicated in writing on October 3, 2025, prior to its filing, that he has no objection to and does not oppose the Motion, and in fact also supports the request for the extension. This Motion is therefore unopposed.

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

2
NOTICE OF MOTION AND MOTION TO EXTEND CONFERENCE

7. Defendant therefore respectfully requests that this Court:

    a. Schedule the Early Neutral Evaluation Conference and Case Management Conference for **November 17, 2025**; and

    b. Set the deadline for the Parties to submit confidential ENE Statements for **November 10, 2025**.

8. Defendant and its counsel seek the extension for several reasons.

9. First, the Early Neutral Evaluation Conference and Case Management Conference will be more productive after the Parties have the ability to review the responses to the third-party subpoenas issued by Defendant, as well as responses to any third-party subpoenas Plaintiff may serve.

10. Second, Defendant's counsel has several unmovable professional and personal scheduling conflicts with the current Early Neutral Evaluation Conference and Case Management Conference date, including filings in other federal and state matters, and a planned vacation during the week prior to the currently-scheduled conference.

11. This modest extension will promote efficiency and conserve judicial and party resources by enabling the Parties to fully and adequately evaluate any responses to the outstanding subpoenas in advance of the Early Neutral Evaluation Conference and Case Management Conference, which may clarify the Parties' positions and lead to more productive dialogue.

12. The foregoing request is not being made for the purpose of delay, and is made in good faith and for the purposes of efficiency and judicial and party economy. This matter is still in its early stages, there are no other parties to this matter impacted by this request, and granting the extension will not disrupt any deadlines other than the ones Defendant seeks to extend. Particularly because the Parties are in agreement and Plaintiff also supports the request for extension, the requested extension will not result in any prejudice to anyone or impact the timely resolution of this case.

13. Thus, "good cause" exists for granting this extension for at least the reasons above.

WHEREFORE, Defendant respectfully requests that the Court enter an order scheduling the Early Neutral Evaluation Conference and Case Management Conference for **November 17, 2025** and setting the deadline for the Parties to submit confidential ENE Statements for **November 10, 2025**, along with granting Defendant all other just and appropriate relief. A proposed order will be submitted to chambers.

Respectfully submitted,

Dated: October 3, 2025    MANATT, PHELPS & PHILLIPS, LLP


By: /s/ Patrice S. Ruane
    Patrice S. Ruane
    *Attorneys for Defendant*
    *Leadsmarket.com LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served electronically on all parties of record and their counsel (if any) via the Court's CM/ECF filing system on October 3, 2025, upon filing of same. Additional service to Plaintiff will be made at the mailing address provided on the Court's docket and courtesy copies will be sent to Plaintiff via email, to the email address provided.

By: /s/ Patrice S. Ruane
Patrice S. Ruane