Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone:  800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>California Check Cashing Stores, LLC ., dba Speedy Cash An California Limited Liability Company ; Does 1 Through 10, Inclusive, And Each Of Them<br><br>Defendants, | Civil Case No.: 3:24-cv-00695-BAS-MMP<br><br>**PLAINTIFF THANE CHARMAN NOTICE OF MOTION TO EXTEND TIME TO FILE DISCOVERYAND RESPOND DEFENDANTS DISCOVERY REQUESTS**<br><br>Judge: Hon. Brian J. White<br>Current Date: December 22, 2025 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTE THAT, on November 7, 2025, Plaintiff Thane Charman pursuant to and in accordance with Fed. R. Civ. P. 29, and any standing orders of this Court, will and does hereby respectfully move this Court to extend the date for submission

MOTION TO EXTEND TIME FILE DISCOVERY TO RESPOND DISCOVERY

and response of Discovery.  Currently the date for response and submission of Discovery is November 10, 2025 **To November 24, 2025** or other date as convenient for this Court.

This motion is **opposed**. The grounds for this Motion are that there is "good cause" under applicable rules and law for granting the requested extension, as further set forth in the following incorporated Memorandum of Points and Authorities.

This Motion is based on this Notice of Motion and Motion, the following incorporated Memorandum of Points and Authorities, all documents and information properly subject to judicial notice, all other pleadings and papers filed in this Action, and any argument that may be presented to the Court.

## INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Thane Charman ("Plaintiff") pursuant to and in accordance with Fed.R.Civ.P. 29 hereby respectfully moves this Court to extend the date of submission and response to disclosures scheduled for November 10, 2025 to November 24, 2025 or other date as convenient for this Court, stating grounds as follows:

1.     On October 7, 2025, Plaintiff submitted and executed subpoena to Community Choice Financial "CCFI Companies, LLC".  CCFI agreed to submission via email.  Plaintiff requested that CCFI confirm receiving email.  CCFI failed to do so.  On October 22, 2025 fifteen Days after original submission of subpoena Plaintiff sent a follow up email stating if CCFI failed to respond.  Plaintiff would file a motion to compel with the Court.  The next day the Attorney Artin Betpera called plaintiff and stated he

MOTION TO EXTEND TIME FILE DISCOVERY TO RESPOND DISCOVERY

had just been hired as outside counsel to handle CCFI's response to the Subpoena.  Mr. Betpera stated he had just become aware of the Subpoena the day before.  He requested CCFI be given until October 31, 2025 to review and research the Subpoena and the Data requested.  Plaintiff agreed to the request.  On October 30, 2025 Mr. Betpera requested until November 7, 2025 to respond to the Subpoena.  Mr. Betpera stated the client was working on determining what data CCFI had per the Subpoena.  Plaintiff agreed to the extension.  Under the belief that two weeks would be sufficient time for CCFI to provide all requested data.  And give the Plaintiff time to review provided data and make the November 10 Discovery deadlines.  Plaintiff spoke with Mr. Betpera on October 6.  Once again Mr. Betpera stated that CCFI is still unable to locate any information regarding the Plaintiff.  Plaintiff provided proof or a relationship with CCFI in the form of email sent from CCFI stating they had established an account for the Plaintiff months back.  Mr. Betpera once again requested another seven days to do research on the data requested in the Subpoena.  Plaintiff agreed and stated if CCFI failed to provide the requested data Plaintiff would file a Motion to Compel.  The deadline for CCFI to respond is now November 14, 2025.

It is vital that Plaintiff have any and all data CCFI can provide regarding Plaintiff and Defendant before submitting or responding to Discovery.  Defendant claims to have no connection to CCFI in regards to Plaintiff.  CCFIs response to the subpoena should

MOTION TO EXTEND TIME FILE DISCOVERY TO RESPOND DISCOVERY

show clearly if this is true.   Plaintiff has moved with due diligence to meet the Discovery deadlines and is constrained by the inaction to the subpoenaed parties.

**Legal Arguments:  As allowed under** Fed.R.Civ.P. 29 Stipulations About Discovery Procedure  the courts may grant extensions of time for answering and filing discover by obtaining the approval of a judicial officer, who will base the decision on a showing of good cause.

**The Number of Previous Requests for continuance:**  Plaintiff has not made a prior request for extension of time to respond to or file Discovery.

**Whether the Request is Opposed:** The parties have conferred and Defendants did not agree to an unopposed motion for an extension of time.

**Whether the Requested Continuance Will Affect Other Case Management Deadlines**:  The Plaintiff is requesting that the Court extend the deadline respond to and file Discovery for 14 days. Changing the Due date from November 10, 2025 to November 24, 2025.   This request will not affect any other case management deadlines.

MOTION TO EXTEND TIME FILE DISCOVERY TO RESPOND DISCOVERY

**Conclusion:**

The foregoing request is not being made for the purpose of delay, made in good faith and for the purpose if efficiency and judicial and party economy.  As good cause exists to extend the time for Plaintiff to respond to and file Discovery.

WEREFORE, Plaintiff respectfully requests that the court enter an order scheduling the submission of and response to Discovery for November 24, 2025.

Dated: November 9, 2025                                Plaintiff


By: /S/ *Thane Charman*
Thane Charman Pro Se

MOTION TO EXTEND TIME FILE DISCOVERY TO RESPOND DISCOVERY

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2025, 2025, I caused a true copy of the foregoing, motion to extend time to respond and file Discovery to be served via electronic mail to all attorneys of record.

Date: November 9, 2025                                          Plaintiff


                                                    By: /S/ *Thane Charman*
                                                    Thane Charman Pro Se

MOTION TO EXTEND TIME FILE DISCOVERY TO RESPOND DISCOVERY