Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone:  800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>*Plaintiff*,<br><br>vs.<br><br>CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a California Limited Liability Company, and LEADSMARKET.COM, LLC, a Nevada Limited Liability Company,<br><br>Defendants, | Civil Case No.: 3:24-cv-00695-BAS-MMP<br><br>**PLAINTIFF THANE CHARMAN NOTICE OF MOTION TO EXTEND TIME TO FILE DISCOVERY**<br><br>Judge: Hon. Brian J. White<br>Current Date: December 22, 2025 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTE THAT, on November 24, 2025, Plaintiff Thane Charman pursuant to and in accordance with Fed. R. Civ. P. 29, and any standing orders of this Court, will and does hereby respectfully move this Court to extend the date for submission

MOTION TO EXTEND TIME FILE DISCOVERY TO RESPOND DISCOVERY

and response of Discovery.  Currently the date for response and submission of Discovery is November 10, 2025 **To December 1, 2025** or other date as convenient for this Court.

This motion is **opposed**. The grounds for this Motion are that there is "good cause" under applicable rules and law for granting the requested extension, as further set forth in the following incorporated Memorandum of Points and Authorities.

This Motion is based on this Notice of Motion and Motion, the following incorporated Memorandum of Points and Authorities, all documents and information properly subject to judicial notice, all other pleadings and papers filed in this Action, and any argument that may be presented to the Court.

### INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Thane Charman ("Plaintiff") pursuant to and in accordance with Fed.R.Civ.P. 29 hereby respectfully moves this Court to extend the date of submission of Disclosures to Defendant.  Moving the scheduled submission date from November 24, 2025 to December 1, 2025 or other date as convenient for this Court, stating grounds as follows:

1. On November 12, 2025 the Court granted Plaintiff until November 24, 2025 to File Discovery and Respond to Defendant's Discovery.  Plaintiff's Motion for more Discovery time was due to waiting on a response to Plaintiff's subpoena to Community Choice Financial "CCFI Companies, LLC".  Community Choice Financial "CCFI Companies, LLC" did not respond back to subpoena until November 19, 2025.  This left two working days to research before the filing date.

MOTION TO EXTEND TIME FILE DISCOVERY TO RESPOND DISCOVERY

Further Plaintiff Thane Charman has been diagnosed with Chronic Fatigue Syndrome.  It is a debilitating disease.  For the last week Plaintiff has been struggling with an episode of Chronic Fatigue.  It has left the Plaintiff bedridden with fevers above 101 degrees.  Plaintiff is still unwell.  However. Plaintiff has moved as best as they were able.  Given the short time to review and research Community Choice Financial "CCFI Companies, LLC subpoena response and deal with Chronic Fatigue.  He has responded back to Plaintiff's Discovery.

**Legal Arguments:  As allowed under** Fed.R.Civ.P. 29 Stipulations About Discovery Procedure  the courts may grant extensions of time for answering and filing discover by obtaining the approval of a judicial officer, who will base the decision on a showing of good cause.

**The Number of Previous Requests for continuance:**  Plaintiff has not made one prior request for extension of time to file Discovery.

**Whether the Request is Opposed:** The parties have conferred and Defendants did not agree to an unopposed motion for an extension of time.

**Whether the Requested Continuance Will Affect Other Case Management Deadlines**:  The Plaintiff is requesting that the Court extend the deadline file Discovery

MOTION TO EXTEND TIME FILE DISCOVERY TO RESPOND DISCOVERY

for 7 days. Changing the Due date from November 24, 2025 to December, 1 2025.   This request will not affect any other case management deadlines.

**Conclusion:**

The foregoing request is not being made for the purpose of delay, made in good faith and for the purpose if efficiency and judicial and party economy.  As good cause exists to extend the time for Plaintiff to file Discovery.

WEREFORE, Plaintiff respectfully requests that the court enter an order scheduling the submission to Discovery for December 1, 2025.

Dated: November 24, 2025                                    Plaintiff

By: /S/ *Thane Charman*
Thane Charman Pro Se

MOTION TO EXTEND TIME FILE DISCOVERY TO RESPOND DISCOVERY

CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, 2025, I caused a true copy of the foregoing, motion to extend time to respond and file Discovery to be served via electronic mail to all attorneys of record.

Date: November 24, 2025                          Plaintiff

                                  By: /S/ *Thane Charman*
                                  Thane Charman Pro Se

MOTION TO EXTEND TIME FILE DISCOVERY TO RESPOND DISCOVERY

MOTION TO EXTEND TIME FILE DISCOVERY TO RESPOND DISCOVERY