**MANATT, PHELPS & PHILLIPS, LLP**
CHRISTINE M. REILLY (CA Bar # 226388)
E-mail: CReilly@manatt.com
PATRICE RUANE (CA Bar # 347128)
E-mail: PRuane@Manatt.com
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
Telephone:   310.312.4000
Facsimile:   310.312.4224

*Attorneys for Defendant
LeadsMarket.com LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual, | No. 3:24-cv-00695-BAS-BJW |
| *Plaintiff,* | **JOINT DISCOVERY PLAN** |
| vs. | Judge: Hon. Cynthia A. Bashant |
| CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a California Limited Liability Company, and LEADSMARKET.COM, LLC, a Nevada Limited Liability Company, | |
| *Defendants.* | |

Pursuant to this Court's Notice and Order for Early Neutral Evaluation Conference and Case Management Conference (Dkt. 37), Defendant LeadsMarket.com, LLC ("Defendant"), by and through its counsel of record, and Plaintiff Thane Charman ("Plaintiff," and collectively with Defendant, the "Parties"), appearing *pro se*, hereby submit the following Joint Discovery Plan.

**1. Amendment of Pleadings**

The Parties jointly request that this Court issue an Order extending the deadline for the parties to add parties, claims, or defenses, as well as to amend the pleadings, to **January 19, 2026.**

**2. Protective Order**

This Court has issued a Protective Order in this case (*see* Dkt. 49).

**3. Evidence Preservation**

The Parties do not anticipate issues related to the preservation of relevant evidence. Both Parties are aware of their obligations with respect to evidence preservation.

**4. Discovery**

**(a) Discovery Taken to Date.**

Defendant propounded Requests for Production, Requests for Admissions, and Interrogatories on Plaintiff on September 23, 2025. Plaintiff served unverified responses on Defendant on December 9, 2025, and produced documents on November 24 and 26, 2025.

Plaintiff propounded discovery requests on Defendant on December 1, 2025.

Both Plaintiff and Defendant served subpoenas on former defendant California Check Cashing Stores, Inc., and received responses.

Defendant served a subpoena on Verizon and received responses.

Plaintiff served a subpoena on Namecheap and received responses.

**(b) Initial Disclosures.**

Defendant served its disclosures on October 15, 2025.

Plaintiff will serve his disclosures by December 19, 2025.

**(c) Discovery Topics, Deadline, and Phasing.**

Appropriate discovery topics include Defendant's liability, the merits of Plaintiff's TCPA claim and Defendant's affirmative defenses thereto, causation, and damages. Third party and/or expert discovery may be required. Evidence may also include Plaintiff's and/or other devices assigned to the subject phone number(s) (including inspection and copying thereof).

No phasing of discovery is necessary. Discovery should be limited to and should focus on the connection, if any, between Defendant and the specific text messages alleged to be at issue.

**(d) Electronically Stored Information.**

The parties agree to produce all documents electronically and to discuss and seek agreement on protocols with respect to identification, review, and production of electronically stored information.  Electronically stored information will be produced in its native format.  The Parties will meet and confer regarding the scope and logistics of document production as needed. The Parties agree that this paragraph is not intended to alter the scope of discovery in this case.

**(e) Claims of Privilege.**

This Court has issued a Protective Order in this case (*see* Dkt. 49), which addresses the inadvertent production of privileged or otherwise protected materials.

**(f) Limitations on Discovery.**

The number of interrogatories, requests for admissions, and requests for production of documents, as well as the number and length of depositions shall be as set forth in the Federal Rules of Civil Procedure.

Defendant proposes that depositions should be limited to (1) Plaintiff; and (2) a designated person most knowledgeable for Defendant. Additional depositions should be allowed only as approved by the court.

Plaintiff does not agree to Defendant's proposed limitation.

**(g) Other Requested Orders.**

This Court has issued a Protective Order in this case (*see* Dkt. 49).

**5. Related Cases**

The Parties are not aware of any related cases.

**6. Professional Conduct**

Counsel for Defendant has reviewed Civil Local Rule on Professionalism.

**7. Scheduling**

The Parties respectfully request the following changes to the Court's tentative schedule for this case:

| Item | Court's Proposed Deadline | The Parties' Proposed Deadline |
|---|---|---|
| Deadline to file any motion to amend pleadings or add parties | December 19, 2025 | January 19, 2026 |
| Fact discovery completion | May 22, 2026 | No change |
| Expert discovery completion | May 22, 2026 | No change |
| Mandatory Settlement Conference | June 10, 2026, at 9:30a.m. | No change |
| Deadline to file dispositive motions | June 22, 2026 | No change |
| Final pretrial conference | October 23, 2026 | No change |
| Trial begins | December 18, 2026, at 9:00a.m. | No change |

Respectfully submitted,

Dated: December 15, 2025         MANATT, PHELPS & PHILLIPS, LLP


By: s/*Patrice S. Ruane*
    Patrice S. Ruane*
    *Attorneys for Defendant*
    pruane@manatt.com

\* I, Patrice S. Ruane, certify that the content of this document is acceptable to all signatories, and that all signatories concur in the filing's content and have authorized the filing.


By: s/ *Thane Charman*
    Thane Charman
    *Plaintiff Pro Se*
    thane@thanemckane.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served electronically on all parties of record and their counsel (if any) via the Court's CM/ECF filing system on December 15, 2025, upon filing of same. Additional service to Plaintiff will be made at the mailing address provided on the Court's docket and courtesy copies will be sent to Plaintiff via email, to the email address provided.

By: */s/ Patrice S. Ruane*
Patrice S. Ruane