**MANATT, PHELPS & PHILLIPS, LLP**
CHRISTINE M. REILLY (CA Bar # 226388)
E-mail: CReilly@manatt.com
PATRICE RUANE (CA Bar # 347128)
E-mail: PRuane@Manatt.com
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
Telephone:   310.312.4000
Facsimile:   310.312.4224

*Attorneys for Defendant*
*Leadsmarket.com LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>*Plaintiff,*<br><br>vs.<br><br>CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a California Limited Liability Company, and LEADSMARKET.COM, LLC, a Nevada Limited Liability Company,<br><br>*Defendants.* | No. 3:24-cv-00695-BAS-MMP<br><br>**DEFENDANT LEADSMARKET.COM LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Judge: Hon. Cynthia A. Bashant |

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
AND NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Fed. R. Civ. P. 7.1, Defendant LeadsMarket.com LLC ("LeadsMarket") states and discloses that its parent company is MMF Group LLC.

Pursuant to Local Civil Rule 40.2, LeadsMarket states that the following listed parties may have a pecuniary interest in the outcome of the case: Plaintiff Thane Charman; Defendant LeadsMarket.com LLC.

Respectfully submitted,

Dated:  December 19, 2025          MANATT, PHELPS & PHILLIPS, LLP


By: /s/ Patrice S. Ruane
       Patrice S. Ruane
       *Attorneys for Defendant*
       *LeadsMarket.com LLC*

1

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
AND NOTICE OF PARTY WITH FINANCIAL INTEREST

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served electronically on all parties of record and their counsel (if any) via the Court's CM/ECF filing system on December 19, 2025, upon filing of same.

By: /s/ Patrice Ruane
Patrice Ruane