**MANATT, PHELPS & PHILLIPS, LLP**
CHRISTINE M. REILLY (CA Bar # 226388)
E-mail: CReilly@manatt.com
PATRICE S. RUANE (CA Bar # 347128)
E-mail: PRuane@Manatt.com
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
Telephone:   310.312.4000
Facsimile:   310.312.4224

*Attorneys for Defendant*

*Leadsmarket.com LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a California Limited Liability Company, and LEADSMARKET.COM, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No.:  3:24-cv-00695-BAS-BJW<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO AMEND OR ADD PLEADINGS** |

JOINT MOTION FOR EXTENSION
3:24-cv-00695-BAS-BJW

Plaintiff Thane Charman ("Plaintiff") and Defendant LeadsMarket.com, LLC ("Defendant," collectively with Plaintiff, the "Parties"), pursuant to and in accordance with Fed. R. Civ. P. 6(b), Civil Local Rule 7.1(a), and any standing orders of this Court, hereby respectfully jointly move this Court to extend the deadline for either Party to amend the existing pleadings or file additional pleadings to **March 16, 2026**.

This is a joint motion and is therefore **unopposed**. The grounds for this Motion are that there is "good cause" under applicable rules and law for granting the requested extension, as further set forth in the following incorporated Memorandum of Points and Authorities.

This Motion is based on this Notice of Motion and Motion, the following incorporated Memorandum of Points and Authorities, all documents and information properly subject to judicial notice, all other pleadings and papers filed in this Action, and any argument that may be presented to the Court.

JOINT MOTION FOR EXTENSION
3:24-cv-00695-BAS-BJW

## <u>INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES</u>

Plaintiff and Defendant hereby jointly respectfully move this Court to extend the deadline for either Party to amend the existing pleadings or file additional pleadings, currently set for February 20, 2026 (*see* Dkt. 55) to **March 16, 2026**, stating grounds as follows:

1.      On December 22, 2025, the Parties attended an Early Neutral Evaluation Conference (the "Conference") with Magistrate Judge White. Following the Conference, this Court issued a Scheduling Order that, *inter alia*, set the current deadline for either Party to amend the existing pleadings or file additional pleadings, currently set for February 20, 2026. *See* Dkt. 55.

2.      On December 1, 2025, Plaintiff propounded his first set of discovery requests to Defendant, making Defendant's original deadline to respond December 31, 2025.

3.      Defendant has requested, and Plaintiff has agreed to, a 23-day extension of time for Defendant to respond to Plaintiff's first set of discovery requests, making Defendant's first set of discovery responses due to Plaintiff on January 23, 2026. Defendant requested this extension for several reasons, including that its counsel had immovable personal and professional commitments during the latter half of December, including filings in other state and federal cases and travel to visit family during the end-of-year holidays.

4.      Plaintiff has requested, and Defendant has agreed to seek from the Court, a corresponding extension of time to the established deadline to amend the existing pleadings or file additional pleadings. Twenty-three days after the current deadline falls on a Sunday. Therefore, per operation of Fed. R. Civ. P. 6(a)(1)(C), the deadline would be advanced to the following Monday.

5.      On January 6, 2026, counsel for Defendant telephonically conferred with Plaintiff, who is appearing pro se, regarding this Motion. Plaintiff indicated in writing on January 12, 2026, prior to its filing, that he has no objection to and does not oppose the

JOINT MOTION FOR EXTENSION
3:24-cv-00695-BAS-BJW

Motion, and in fact also supports the request for the extension. This Motion is therefore unopposed.

6.    The Parties therefore respectfully request that this Court extend the deadline to amend the existing pleadings or file additional pleadings to **March 16, 2026**.

7.    The Parties seek the extension because Plaintiff has indicated that he will need additional time after receipt of Defendant's first set of discovery responses to evaluate whether the pleadings should be amended or additional pleadings should be filed.

8.    This modest extension will promote efficiency and conserve judicial and party resources by enabling the Plaintiff to fully and adequately evaluate Defendant's discovery responses prior to making decisions regarding amendments or new pleadings.

9.    The foregoing request is not being made for the purpose of delay, and is made in good faith and for the purposes of efficiency and judicial and party economy. This matter is still in its early stages, there are no other parties to this matter impacted by this request, and granting the extension will not disrupt any deadlines other than the one the Parties seek to extend. Particularly because the Parties are in agreement and Defendant also supports the request for extension, the requested extension will not result in any prejudice to anyone or impact the timely resolution of this case.

10.    Thus, "good cause" exists for granting this extension for at least the reasons above.

WHEREFORE, the Parties respectfully request that the Court enter an order extending the deadline for either Party to amend the existing pleadings or file additional pleadings to and including **March 16, 2026**. A proposed order will be submitted to chambers.

JOINT MOTION FOR EXTENSION
3:24-cv-00695-BAS-BJW

Dated: January 12, 2026          MANATT, PHELPS & PHILLIPS, LLP


By: s/*Patrice S. Ruane*
  Patrice S. Ruane*
  *Attorneys for Defendant*
  pruane@manatt.com

\* I, Patrice S. Ruane, certify that the content of this document is acceptable to all signatories, and that all signatories concur in the filing's content and have authorized the filing.

Dated: January 12, 2026          By: s/ *Thane Charman*
  Thane Charman
  *Plaintiff Pro Se*
  thane@thanemckane.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served electronically on all parties of record and their counsel (if any) via the Court's CM/ECF filing system on January 12, 2026, upon filing of same. Additional service to Plaintiff will be made at the mailing address provided on the Court's docket and courtesy copies will be sent to Plaintiff via email, to the email address provided.


By: */s/ Patrice S. Ruane*
  Patrice S. Ruane