**MANATT, PHELPS & PHILLIPS, LLP**
CHRISTINE M. REILLY (CA Bar # 226388)
E-mail: CReilly@manatt.com
PATRICE S. RUANE (CA Bar # 347128)
E-mail: PRuane@Manatt.com
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
Telephone:   310.312.4000
Facsimile:   310.312.4224

*Attorneys for Defendant*
*LeadsMarket.com LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual, | No. 3:24-cv-00695-BAS-BJW |
| *Plaintiff*, | |
| vs. | **NOTICE OF RESOLUTION** |
| CALIFORNIA CHECK CASHING STORES, LLC, dba Speedy Cash, a California Limited Liability Company, and LEADSMARKET.COM, LLC, a Nevada Limited Liability Company, | |
| *Defendants.* | |

Defendant LeadsMarket.com LLC ("Defendant") with the agreement and permission of Plaintiff Thane Charman ("Plaintiff", collectively with Defendant, the "Parties") communicated via email on May 29, 2026, hereby respectfully informs the Court that the Parties have reached a resolution in principle of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal of this matter will be filed in the next thirty (30) days. In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter, at this time.

Respectfully submitted,

Dated: May 29, 2026                MANATT, PHELPS & PHILLIPS, LLP


By: /s/ Patrice S. Ruane
    Patrice S. Ruane
    *Attorneys for Defendant*
    *LeadsMarket.com LLC*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served electronically on all parties of record and their counsel (if any) via the Court's CM/ECF filing system on May 29, 2026, upon filing of same. Additional service to Plaintiff will be made at the mailing address provided on the Court's docket and courtesy copies will be sent to Plaintiff via email, to the email address provided.


By: /s/ Patrice S. Ruane
    Patrice S. Ruane