**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

THANE CHARMAN, an individual,
Plaintiff,
v.
CALIFORNIA CHECK CASHING STORES, LLC, *et al.*,
Defendants.

Case No. 24-cv-00695-BAS-BJW

**ORDER ENTERING DEFAULT AGAINST DEFENDANT LEADSMARKET.COM LLC**

Since Leadsmarket.com LLC ("Leadsmarket") has not obtained new counsel and had that counsel file a notice of appearance by the date provided in this Court's prior Order (ECF No. 68), the Court **ENTERS DEFAULT** against Leadsmarket.

If Plaintiff chooses to move for default judgment, Plaintiff must do so in accordance with Civil Local Rule 55.1 and Federal Rule of Civil Procedure 55. Importantly, according to CivLR 55.1, Plaintiff must move for default within 30 days of the Clerk's Entry of Default—which is **November 6, 2026**.

**IT IS SO ORDERED.**

**DATED: October 7, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**