# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Thane Charman

**Plaintiff,**

**V.**

California Check Cashing Stores, LLC. et al

**Defendant.**

**Civil No.** 24-cv-00695-BAS-BJW

**DEFAULT**

DEFAULT of each of the following Defendants is hereby entered: Leadsmarket.com,LLC

Entered On: 11/09/2026

**JOHN MORRILL, Clerk of Court**

By: s/ M.Williams

M.Williams, Deputy